**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Milagros E. Ortiz<br><br>                        Debtor(s)<br>PENNYMAC LOAN SERVICES, LLC<br>                        Movant<br>v.<br>Milagros E. Ortiz<br><br>and Kenneth E. West, Esquire<br>                        Respondents | 25-11085 AMC<br><br>Chapter 13 Proceeding |

## CERTIFICATION OF DEFAULT

PENNYMAC LOAN SERVICES, LLC, a secured creditor in the above captioned bankruptcy case, by and through its counsel, Karina Velter, Esquire of the law firm of POWERS KIRN, LLC, hereby files this certification, and states:

1. I am the attorney responsible for handling the instant matter for PENNYMAC LOAN SERVICES, LLC, and I have sufficient knowledge to make this certification on its behalf.

2. On 09/26/2025, an Order was issued by this Court approving the Stipulation resolving PENNYMAC LOAN SERVICES, LLC's motion for relief from stay, a copy of which Order is attached hereto as **EXHIBIT A**. The Order provides for the cure of post-petition arrearage, and that in the event the Debtor fails to make the payments the secured creditor is permitted ex-parte relief to vacate the stay, with notice to the trustee, debtor(s), and debtor's attorney, if any.

3. Debtor(s) has/have failed to comply with the aforesaid order by either missing payments and/or by failing to make the correct payments as summarized on the Notice of Default which was sent to all interested parties on 10/14/025. A copy of the Notice of Default is attached as **EXHIBIT B**.

4. This certification is being made in an effort to enforce the prior order of this court and to vacate the stay without numerous court appearances.

5. I certify the above statements to be true. I am aware that if the above statements are willfully false, I am subject to punishment.

                                                  RESPECTFULLY SUBMITTED,
                                                  POWERS KIRN, LLC

Dated: October 31, 2025

                                                  By: /s/ Karina Velter, Esquire
                                                  Karina Velter, Esquire
                                                  ID# 94781
                                                  Eight Neshaminy Interplex, Suite 215
                                                  Trevose, PA 19053
                                                  Telephone: 215-942-2090
                                                  Attorney for Movant