# PK
## Powers Kirn, LLC
Attorneys at Law

308 Harper Drive  
Suite 210  
Moorestown, NJ  08057  
856.802.1000  
*(New Jersey Office)*

8 Neshaminy Interplex, Suite 215  
Trevose, PA  19053  
Phone: (215) 942-2090  
Fax: (215) 942-8661  
*(Pennsylvania Office)*

October 14, 2025

Brad J. Sadek, Esquire  
1500 JFK Boulevard  
Suite 220  
Philadelphia, PA  19102



RE:    PENNYMAC LOAN SERVICES, LLC  
        vs.  
        Milagros E. Ortiz  
        Chapter 13, Case No. 25-11085 AMC  
        Type of Action:  **Notice of Default**

Dear Mr. Sadek:

The enclosed stipulation executed by the parties in the above referenced matter requires the Debtors to remain current on the monthly post petition mortgage payments. However, as of the 10/08/2025, PennyMac Loan Services, LLC has not received the following payments:

| Item | Quantity | From | To | Amount | |
|---|---|---|---|---|---|
| Payments: | 3 | 8/1/25 | 10/1/25 | $826.12 | $2,478.36 |
| Attorney Fees for this Notice of Default: | | | | | $100.00 |
| Less:  Debtor Suspense: | | | | | $693.64 |
| **TOTAL:** | | | | | **$1,884.72** |

Therefore, the Debtors are currently in default of the agreed stipulation. The amount needed to cure the default is stated above, and payment must be made in certified funds, money orders or cashier's check.

In accordance with the stipulation, this shall serve as fifteen (15) days written notice of default. If the default is not cured within fifteen (15) days of the date of this letter, then my client may certify the default to the Court and an Order will be entered granting relief from the automatic stay.

        Payments should be sent to:    PennyMac Loan Services, LLC  
                                                   P.O. Box 660929  
                                                   Dallas, TX  75266-0929

> ***Please note - An additional $826.12 will come due on 11/01/2025.***

Acceptance of partial payments will not constitute a waiver of Movant's rights to pursue the default in the event the funds remitted are not enough to cure the entire default.

If you have any questions, please contact my office.

                                                Very truly yours,

                                                  /s/ Karina Velter, Esquire
                                                Karina Velter, Esquire

Enclosure
kv/khp
23-0685

cc:    Milagros E. Ortiz
        5017 Loretto Avenue
PO Box 19546
        Philadelphia, PA  19124

**POWERS KIRN**
COUNSELORS AT LAW

POWERS KIRN, LLC
P.O. Box 848
Moorestown, NJ 08057



Brad J. Sadek, Esquire
1500 JFK Boulevard
Suite 220
Philadelphia, PA  19102



**POWERS KIRN, LLC**
P.O. Box 848
Moorestown, NJ 08057

US POSTAGE IMI PITNEY BOWES
FIRST-CLASS
ZIP 19053
02 7H
0006194023  $ 000.74⁰  OCT 14 2025

Milagros E. Ortiz
5017 Loretto Avenue
PO Box 19546
Philadelphia, PA  19124